UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>V.<br><br>DEMOULAS SUPER MARKETS, INC., | C.A. No. 1:21-cv-10177 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Cohen and Defendant Demoulas Super Markets, Inc., as a named Defendant, hereby jointly stipulate to dismissal of all claims in this case with prejudice, with all parties to bear their own costs, expenses, and attorney's fees in connection therewith.

Dated: May 16, 2022
Respectfully Submitted,

*/s/ Eric J. Robbie*_____
Eric J. Robbie, B.B.O. 685720 CMBG3 Law LLC
265 Franklin Street, Suite 601
Boston, MA 02110
617-279-8200
Email: erobbie@cmbg3.com

    Plaintiffs' Attorneys:

/s/ John T. Longo
John T. Longo, Esq. (BBO 632387)
Law Office of John T. Longo
177 Huntington Avenue, 17th Fl, Suite 5
Boston, MA 02115
Tel: (617) 863-7550
Email: jtlongolaw@yahoo.com

1

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk (RI Bar No. 3351)
1307 Chalkstone Avenue
Providence, RI 02908
Tel: (401) 831-7730
Fax (401) 861-6064
Email: pnwlaw@aol.com
(Pending Pro Hac Vice Motion)

Michael L. Aaronson Aaronson Law Firm
7362 Remcon Circle
El Paso, Texas 79912
Tel: (915)-533-0110
Fax: (915)-533-7227
Email: mikeaaronson@gmail.com
(Pending Pro Hac Vice Motion)

Joel Oster Of Counsel
Law Office of Howard W. Rubinstein
1281 N. Ocean Dr. Apt. 198
Singer Island, FL 33404 Tel: 832-715-2788
Fax: 561-688-0630
Email: howardr@pdq.net
(Pending Pro Hac Vice Motion)

## CERTIFICATION

      I, John T. Longo, certify that on May 16, 2022, I served a copy of the foregoing upon all counsel of record by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

<i>/s/ John T. Longo</i>